# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | | |
|---|---|---|
| **RODNEY J. TOLLIVER**<br>**D.O.C. # 194905** | : | **DOCKET NO. 15-cv-2828** |
| **VERSUS** | : | **JUDGE WALTER** |
| **N. BURL CAIN** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus [docs. 1, 4] be **DENIED** and **DISMISSED WITH PREJUDICE.**

**THUS DONE** this ____ day of _____, 2017.

_____
**DONALD E. WALTER**
**UNITED STATES DISTRICT JUDGE**